# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KAREN J. MCINTOSH                                                     PLAINTIFF

v.                          No. 4:17-cv-757-DPM

COUNTRY CLUB OF LITTLE ROCK;
and JUDITH M. REEVES a/k/a JODI REEVES          DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2019